# EXHIBIT B

# Ψ Confidential Report

Lisa M. Elliott, Ph.D.  
Licensed Psychologist

30 Wellington Oaks Circle  
Denton, TX 76210

## PSYCHOEDUCATIONAL REPORT

NAME:                     Pierson Valles  
DATE OF BIRTH:            07-12-2004  
CHRONOLOGICAL AGE:        17 years, 6 months  
DATE OF TESTING:          01-22-2022  
EXAMINER:                 Lisa M. Elliott, Ph.D.

## TESTS ADMINISTERED:

Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV)  
Wechsler Individual Achievement Test, Third Edition (WIAT-III)  
Connor's Continuous Performance Test, Second Edition (CPT-II)  
National Initiative for Children's Healthcare Quality – Parent Report (NICHQ)  
Diagnostic Interview

## DIAGNOSTIC IMPRESSION:

| | |
|---|---|
| 315.1 | Mild Specific Learning Disorder with Impairment in Mathematics: Specific Deficits in Accurate and Fluent Math Calculation, Accurate Math Reasoning and Math Fluency |
| 315.2 | Moderate Specific Learning Disorder with Impairment in Written Expression, Profile Consistent with Dysgraphia, Specific Deficits in Spelling Accuracy, Grammar and Punctuation Accuracy and Clarity or Organization of Written Expression |
| 314.0 | Attention Deficit Hyperactivity Disorder, Predominately Inattentive Presentation |
| | Auditory Processing and Working Memory Deficits |
| | Visual Processing Deficits |
| | Fine Motor/Handwriting Deficits |
| | Concussion History |

## SUMMARY:

Pierson was referred for a psychoeducational evaluation due to difficulties with distractibility, sustaining his attention and a slightly slower speed of processing; Pierson specifically noted this has become more of a challenge since his fourth and most recent concussion this past fall. In addition, Pierson reported he has always struggled with math classes and with written expression tasks, including handwriting.

Medically, Pierson was born full-term via a scheduled C-Section with no complications, meeting all his developmental milestones either early or within normal limits. As an infant he experienced multiple ear infections resulting in the surgical placement of ear tubes around two years of age. Pierson was treated for asthma as a

Psychoeducational Report
Pierson Valles
Page 2

younger child, including multiple hospital visits; he has since outgrown asthma according to his mother. Pierson has sustained four concussions; his first concussion resulted in brief loss of consciousness. His latest concussion required Pierson to undergo a concussion cognitive rehabilitation protocol. Both Pierson and his mother reported he is doing well, however, as noted previously he is experiencing more challenges with sustaining his attention and distractibility. Furthermore, Pierson noted more issues with visual processing including losing his place when he reads, omitting and adding words, changing words, and translocating words and numbers. Academically, Pierson began kindergarten at Liberty Christian School; he is in the eleventh grade. Pierson is a good student making mostly As and Bs and he is enrolled in some advanced placement classes. There is a positive family history for learning disabilities, dysgraphia, dyslexia, and ADHD. The purpose of this evaluation is to provide recommendations for Pierson for the remainder of high school and in preparation as he enters college. Furthermore, Pierson and his parents are hoping to gain further information to help him achieve academic success.

Pierson was administered the Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV) to obtain an estimate of his current intellectual functioning. Pierson obtained a Full Scale IQ of 126 (96th %tile, +/- 5), placing his performance solidly within the Superior range. Pierson's profile revealed significant discrepancies between his composite scores, thus Pierson's Full Scale IQ is not the most accurate representation of his true abilities. Pierson's General Abilities Index (GAI = 139, $99.5^{th}$ %tile) is a more accurate estimate of his true ability, falling solidly within the Very Superior range. Pierson is a very bright young man who demonstrated Very Superior intellectual capacity across his verbal comprehension abilities (VCI = 141, $99.7^{th}$ %tile, +/- 7) and upper Superior intellectual capacity across his perceptual reasoning abilities (PRI = 127, 96th %tile, +/- 7). Relative to Pierson's abilities, he demonstrated a significant weakness regarding both his short-term working memory abilities (WMI = 97, 42nd %tile, +/-7) and his processing speed skills (PSI = 108, 70th %tile, +/- 9), falling within the Average and upper Average ranges, respectively. The Working Memory composite is frequently affected by an individual's ability to sustain their attention and concentration, auditory processing abilities and/or auditory working memory skills. Pierson demonstrated mild to moderate difficulty with all three, auditory attention, auditory processing, and auditory working memory, consistent with his medical history of ear infections and ear tubes. Pierson exhibited difficulty when processing lengthy verbally laden tasks, such as multi-step mental math word problems and orally administered comprehension questions. Pierson would ask for information to be repeated and would break information and questions into segments to facilitate his comprehension. When this was done, Pierson performed very well. Thus, it will be important for Pierson to have preferential seating in all his classes, and for his instructors to verify comprehension of instructions. Pierson would also benefit from recording his class lectures. The Processing Speed composite is also frequently impacted by an individual's ability to sustain their attention and concentration, visual processing/visual tracking, fine motor deficits, and/or one's overall speed of processing. Overall, Pierson evidenced mild to moderate deficits in his fine motor/handwriting skills and in his visual processing skills. Furthermore, Pierson exhibited variable attention, impulsivity, and a slower speed of processing. Thus, it will be critical for Pierson to receive extended time for reading material, completing work and testing taking.

Pierson's scores on measures of the Verbal Comprehension Index fell within the High Average and Very Superior ranges. Pierson achieved a scaled score of 14 (upper High Average) on a measure of learned and retained general information (Information). This task is largely dependent on educational exposure and long-term memory retrieval skills. He earned a scaled score of 17 (Very Superior) on a subtest that measures word knowledge and verbal concept formation (Vocabulary). This subtest is influenced by exposure to enriched vocabulary curriculum and memory retention. Finally, Pierson earned a scaled score of 19 (upper Very Superior) on a subtest that measures abstract verbal abilities and his ability to recall how two items are similar (Similarities). Overall, Pierson demonstrates a significant strength in his verbal abstract reasoning and verbal concept formation abilities.

Pierson's scores on measures of Perceptual Reasoning, which measures fluid reasoning, visual-spatial processing, as well as visual-motor integration, fell within the High Average and Superior ranges. Pierson achieved a scaled score of 15 (Superior) on a measure of his ability to analyze and synthesize abstract stimuli (Block Design). This subtest also assessed his visual perception and organization ability by having him manipulate blocks to re-create a design within a specified time limit. Pierson also achieved a scaled score of 15 (Superior) on a subtest designed to measure abstract visual spatial/visual processing ability. This task required him to visually perceive and organize abstract stimuli without manually manipulating the pieces (Visual Puzzles). Finally, Pierson achieved a scaled score of 14 (upper High Average) on a subtest that measures abstract reasoning ability by requiring him to visually

perceive and identify a missing piece of a matrix (Matrix Reasoning). Pierson demonstrated strength in his visual spatial and visual abstract reasoning skills.

Pierson's scores on the Working Memory Index, which measures the ability to hold information in short-term memory while manipulating it by problem solving or sequencing it in a logical order to produce a result, fell in the Average range for Digit Span (scaled score 11) and in the lower end of the Average range for Arithmetic (scaled score 8). Pierson struggled with the mental math problems, both with processing and retaining the information as well as with the math computations. Pierson's scores on the Processing Speed Index that measures the ability to scan and discriminate visual information, as well as attention and visual motor coordination, fell in the Average range. Pierson achieved a scaled score of 11 (Average) on a measure that assessed his ability to scan a pattern of geometric shapes and numbers and then use a key to draw each symbol in a certain box under timed conditions (Coding). Pierson achieved a scaled score of 12 (upper Average) on a measure of his processing, concentration, and visual-motor coordination (Symbol Search). Pierson's visual processing and fine motor deficits, impulsivity and slower speed of processing impacted his performance.

Pierson's pattern of results suggests both his verbal reasoning; verbal comprehension and long-term verbal memory skills and his nonverbal visual reasoning and visual organization abilities are very well developed, falling in the Very Superior and upper Superior ranges, respectively. Pierson demonstrated a significant weakness, relative to his abilities, regarding both his short-term auditory working memory abilities and processing speed skills, which are affected by auditory processing and working memory deficits, variable attention, fine motor and visual processing deficits and a slower speed of processing. Discrepancies of 16 points or greater between composite scores invalidate the Full Scale IQ score. Thus, Pierson's General Abilities Index (GAI = 139) is a more accurate representation of his true abilities, which falls solidly within the Very Superior range.

Pierson was administered the Wechsler Individual Achievement Test, Third Edition (WIAT-III) as a measure of academic functioning. Pierson's broad indicator of Reading (SS = 125) fell within the upper Above Average range, while his broad indicators for Mathematics (SS = 101) and Written Expression (SS = 104) fell within the Average range. Analysis of individual subtests reveals additional information.

Within the Reading composite, Pierson's phonetic decoding skills (Pseudoword Decoding SS = 116) fell just within the Above Average range, while his sight word reading skills (Word Reading SS = 110) fell solidly within the Average range. At times, Pierson struggled to phonetically sound out unfamiliar sight words, specifically those with more complex vowel and consonant combinations. Pierson's Reading Comprehension abilities (SS = 131) however fell within the Superior range and is commensurate with his intellectual functioning. Although Pierson's performance fell within the Superior range, it is important to note, Pierson took a considerable amount of time to read each passage, often subvocalizing while he read to enhance his concentration and comprehension. Pierson did not demonstrate any difficulty with comprehension questions that were associated with unfamiliar vocabulary or those that required making inferences. Pierson may benefit from utilizing books on tape, which allows him to see and hear the text simultaneously; this would be especially useful when he is under time restraints. Finally, Pierson demonstrated a weakness in his oral reading fluency skills (Oral Reading Fluency SS = 80) falling within the Below Average range for both reading speed and accuracy. Consistent with Pierson's self-report, he evidenced mild to moderate reading errors, and a slower speed of reading. Many of Pierson's reading errors were due to visual processing deficits including omitting and adding in words, changing words with similar beginning or ending letters, word translocations, number translocations and losing his place. Overall, Pierson does not evidence a learning disability in reading, however based upon his visual processing deficits and slower reading speed, he would strongly benefit from extended time to read and process all information, the ability to subvocalize while he reads, as well as implementing the recommendations provided in this report. Furthermore, Pierson would benefit from vision therapy to address his visual processing deficits.

Within the Mathematics composite, Pierson obtained an Average range performance for both math calculation skills (Numerical Operations SS = 96) and for math reasoning and problem-solving skills (Math Problem Solving SS = 108). Regarding math calculations, Pierson's performance revealed specific areas of weakness including difficulty working with all multi-digit calculations, often due to visual alignment errors, problems involving division, problems involving decimals and fractions and problems involving algebraic equations. Although Pierson's performance was

Psychoeducational Report
Pierson Valles
Page 4

average on the math reasoning and problem-solving subtest, his performance revealed consistent areas of difficulty in particular difficulty solving problems with quantities less than a whole such as money (decimals), fractions and percentages, as well as division. It is important to note, Pierson struggled more with the calculations than he did with knowing how to solve the problem. Pierson also made several simple calculation errors. As for Math Fluency, Pierson's performance fell within the lower Average range for Addition (SS = 90), Subtraction (SS = 86) and Multiplication (SS = 90). It is important to note, the Math Fluency subtests are timed tests, which is negatively impacted by a slower speed of processing, however Pierson does not know his math facts fluently. Overall, Pierson demonstrates a learning disability in mathematics; Pierson would greatly benefit from extended time due to his slower speed of processing, as well as the use of a calculator to help increase his fluency and accuracy.

Within the Written Expression composite, Pierson's performance on the Spelling subtest (SS = 100) fell solidly within the Average range, consistent with his sight word reading skills. Pierson's performance revealed difficulty with spelling words phonetically, not applying the correct spelling rules or spelling the wrong homonym. As for writing, Pierson's performance on the Sentence Composition subtest (SS = 102) fell within the Average range. Pierson was required to rewrite two to three sentences into one well-written sentence. He struggled with writing mechanics including spelling, punctuation, and capitalization, as well as with sentence structure. When Pierson was required to create his own sentences using a cue word, his performance remained the same. Pierson's performance on the Essay Composition subtest (SS = 108) also fell solidly in the Average range. Pierson continued to demonstrate mild difficulty with sentence structure, often writing run on sentences. He did not evidence difficulty with spelling, however he continued to exhibit difficulty with correct punctuation. Regarding theme development, Pierson provided a couple of creative ideas, however he did not develop or expand on his thoughts. In addition, Pierson demonstrated difficulty with proper paragraph sequencing and organization, only writing five sentences. Furthermore, Pierson's handwriting was quite challenging to read, both in letter formation, as well as spacing and alignment. It is important to note, Pierson exhibited mild hand tremors with any fine motor or handwriting task. Thus, Pierson qualifies for a learning disability in his written expression skills, profile consistent with dysgraphia. Pierson may find it easier to express his thoughts orally first, then go back and correct ensuring proper writing mechanics are applied. Additionally, Pierson will need supports and review of his written work prior to submission in college. Finally, Pierson would benefit from an evaluation with an occupational therapist.

Overall, Pierson demonstrated a qualitative and a statistically significant difference (16 points or greater) between his General Abilities Index of 139 and his academic achievement composites for Mathematics (-38 points) and Written Expression (-35 points). Thus, Pierson qualifies for a Learning Disability in Mathematics and a Learning Disability in Written Expression, profile consistent with dysgraphia. Furthermore, Pierson exhibits a slower speed of processing that is independent of ADHD and learning disabilities, as well as fine motor/handwriting deficits, visual processing deficits, auditory processing and working memory deficits, consistent with his history of ear infections and tubes.

Pierson was administered a visual test of attention and concentration (CPT-II). His performance revealed mild impairment notably impulsivity. Pierson's performance on the Working Memory Index supports difficulty with auditory attention, auditory processing deficits, as well as working memory deficits. His performance on the Processing Speed Index suggests variable deficits in attention, impulsivity, fine motor deficits, visual processing deficits and a slower speed of processing. Pierson's test performance and behavioral observations also support a slower speed of processing with reading and handwriting tasks, variable deficits in attention, impulsivity, auditory processing and working memory deficits, handwriting and fine motor deficits and mild visual processing deficits. Finally, Pierson's mother reported Pierson often acts like he is "on the go" and occasionally does not pay attention to details or makes careless mistakes; has difficulty keeping his attention to what needs to be done; loses things; is easily distracted; forgetful; fidgets and interrupts or intrudes in on others' conversations. Overall, these test results and behavior reports support a mild diagnosis of Attention Deficit Hyperactivity Disorder, Predominately Inattentive Presentation.

Psychoeducational Report
Pierson Valles
Page 5

**RECOMMENDATIONS:**

<u>Immediate Recommendations:</u>

(1) Pierson's test results qualify him for services for learning disabilities, dysgraphia, auditory processing deficits and ADHD. Pierson is a very bright young man who will benefit greatly from a curriculum that challenges his intellect yet provides appropriate supports and accommodations for his learning challenges. At a minimum, Pierson should receive accommodations whether in a private or public setting, equivalent to an Individual Educational Plan (IEP) for his learning disabilities in math and written expression/dysgraphia. Furthermore, 504 accommodations will need to be provided for Pierson's variable attention, auditory processing and working memory deficits, fine motor and visual processing deficits and his slower speed of processing. It is recommended Pierson and his parents meet with his school advisors to further define what recommendations may be implemented if they choose to pursue services.

(2) Pierson and his parents are encouraged to seek medical consultation with his physician regarding treatment for his attention and concentration difficulties. Pierson exhibits mild variable attention. Pierson would specifically benefit from short-acting mediation support when he needs to study, read large amounts of material and/or take tests. Such medication can significantly improve learning in the academic environment and often gives students the opportunities to experience success academically; his physician should monitor this.

(3) Pierson is strongly encouraged to maintain medical follow-ups with his concussion specialists.

(4) Pierson evidenced deficits in auditory attention, auditory processing and working memory, handwriting, and a slower speed of processing. Thus, it will be critical for him to have preferential seating in all his classes and for his teachers/instructors to be aware of his deficits, so they are aware of the need to seek Pierson's understanding of instructions. Furthermore, it is critical for Pierson to record his classroom lectures to help with the acquisition of auditory learning. Two options include either using the LiveScribe Smart Pen that can be purchased from Target or Best Buy, which will record lectures as he is writing notes. This device enables audio recordings of lectures and replication of handwritten notes, which can then be downloaded into a computer. Another option would be to utilize the Notability app on an I-Pad that will record his lectures as he is typing notes.

(5) Pierson and his family are encouraged to use services from Learning Ally, which was previously known as Recording for the Blind and Dyslexic. This service requires validation of a documented learning challenge such as this report, and in return they will provide audio versions of Pierson's textbook materials. This will be especially useful when he is under time restraints.

(6) Pierson very much needs extended time for all curriculum reading materials, some coursework and test taking due to his learning disabilities, deficits in attention, handwriting deficits and slower speed of processing. It is critical Pierson be given the resources he needs to help him obtain extended time for all testing including standardized testing (i.e., ACT, SAT, GMAT, GRE, etc.). Pierson needs to be allowed to subvocalize while reading all written text, if desired. Pierson and his family are encouraged to contact his Academic Counselor at his school about the process of filing for extended time on standardized tests.

(7) Based on Pierson's reading difficulties and exhibited deficits regarding visual processing abilities, it is strongly recommended Pierson be evaluated by a therapeutic optometrist who specializes in vision therapy to determine if corrective lenses and/or specific ocular exercises would enhance his academic performance and reading speed. Dr. Jeremy Loy with Southwest Vision Centers 817-885-7951 is an excellent resource.

(8) Due to Pierson's handwriting deficits and his hand tremors, he would benefit from an occupational therapy evaluation. Mary Villarreal with Journey Pedi-Rehab (871) 416-9797 in Grapevine is an excellent resource.

Psychoeducational Report
Pierson Valles
Page 6

(9) Pierson is a very bright, charming young man with incredible strengths. Pierson is encouraged to continue to develop confidence in his many strengths and abilities, while continuing to overcome his academic challenges. Pierson is encouraged to explore organizations for gifted young adults such as Mensa International and Davidson Institute for Talent Development.

Attention and Auditory Processing Recommendations:

Based on Pierson's difficulties with variable attention, auditory processing and working memory deficits, the following interventions will likely prove helpful:

(10) Extra time: Pierson will need extended time for reading, math, writing and all tests/quizzes, especially on standardized testing.

(11) Frequent reviews: Pierson should receive frequent and multiple reviews of newly learned material. It is strongly recommended all new learning material be presented both visually and verbally.

(12) Preferential seating: Allow Pierson to sit in the front of the classroom where attention can be focused on the teacher and not on peers and other distractions.

(13) Minimize distractions: Avoid placing Pierson too close to windows, bulletin boards, air conditioners, and other distracting stimuli.

(14) Create quiet areas: Study carrels that allow Pierson to study and complete tasks in a quiet area can improve performance.

(15) Repeat directions: To facilitate understanding and comprehension allow Pierson to repeat directions and verify for comprehension.

(16) Chunk n' Check: Break down large, overwhelming tasks down into smaller, more doable tasks.

(17) Create a visual schedule: Pierson is likely to benefit from a visual schedule (e.g., list of tasks that need to be completed). This can be used as a daily tool, weekly or monthly tool.

(18) Provide Feedback: Provide Pierson with feedback about his performance, especially what he is doing well.

(19) Slow down and double check: As Pierson's level of attention and motivation fades, he tends to rush through his work and make careless errors. It is important for Pierson to gain insight into this tendency and thus, be encouraged to take his time and double check his work for careless errors.

(20) Activate multiple learning modalities: The more learning modalities used while learning a new task the quicker the acquisition and the better the retention. Pierson is encouraged to use auditory books and the ability to subvocalize when he reads. Pierson is also encouraged to find the best and most efficient learning style for him.

(21) Pierson would benefit from tape recording classroom lectures to help with the acquisition of auditory information. To further optimize Pierson's acquisition of verbal information and sustain his attention, it would be helpful for him to have copies of the lecture notes in front of him. This will reduce the distraction of writing and increase auditory attention and focus.

Learning Disabilities Recommendations:

(22) Pierson would benefit from remedial instruction to strengthen his math and written expression skills. Pierson would benefit from remedial tutoring for solving multi-digit calculations, division and working with quantities less than a whole such as decimals/money, fractions, and percentages. Furthermore, Pierson would greatly benefit from gaining fluent mastery of his math facts. As for writing, Pierson would benefit from help with theme

Psychoeducational Report
Pierson Valles
Page 7

development and writing mechanics. Accommodations for an individual student will vary according to the student's needs, the curriculum content, and curriculum demands.

(23) Recommended test modifications that may be helpful for Pierson include using a modified format such as multiple choice, fill-in-the-blank, true/false and/or oral responding. Furthermore, all time restraints for test taking should be removed to allow Pierson time to read and respond to test questions. Additional recommendations include the following:

   a) Time factors should be removed thus allowing Pierson additional time to read and respond to all written material. Pierson's weakness in reading and processing speed makes this recommendation critical.
   b) Pierson should be allowed to subvocalize all written text when reading to enhance his comprehension, especially during testing.
   c) Pierson may need to verify understanding of class work instructions due to his deficits in attention, auditory processing and working memory.
   d) Provide written directions in a numerical, step-by-step format to increase understanding.
   e) Pierson should receive modified grading, particularly on math, spelling and written expression.
   f) Pierson should receive all modifications on standardized testing that are allowed students who are identified as learning disabled, with dysgraphia and ADHD.
   g) Coursework may need to be modified for Pierson. Math and writing assignments may need to be shortened.
   h) Allowances should also be made for some impulsivity.
   i) Pierson's academic performance should be closely monitored to accurately assess for any changes or modifications because of these recommendations.

(24) Given Pierson's reading fluency difficulties, he is encouraged to keep up with reading assignments and use reading strategies that promote reading comprehension and efficiency. Such strategies include previewing new material by looking over the section headings and reading end-of-the-chapter summaries and questions, highlighting/bolding important text information, and relating new material to what Pierson already knew about the subject to help him remember it. Additional recommendations to enhance Pierson's reading comprehension include:

   a) Teach Pierson to use picture or context clues to identify the meanings of words and phrases not known.
   b) Teach him to draw from personal learning experiences to enhance comprehension of reading materials.
   c) Encourage Pierson to discuss written material to assess his comprehension.
   d) Continue to encourage him to identify words he does not comprehend.
   e) Monitor whether Pierson can make inferences, predictions, determine cause-and-effect, etc. in everyday situations. Teach these skills in a context, which is meaningful to him to enhance his ability to employ these concepts when reading.
   f) While reading, discuss the material with Pierson, stopping frequently to have him answer questions and explain a point just covered.

(25) As noted previously, given Pierson's difficulty with a slower reading speed, and reading fluency, it will be beneficial for him to obtain textbooks on tape or utilize an electronic reader to help with the acquisition process of learning new material.

(26) Important components of reading comprehension include vocabulary and comprehension monitoring. Deep, rich knowledge of words and varied experiences with their use are necessary for proficient reading and writing. Comprehension monitoring refers to knowing when and what we have or have not comprehended. Students with learning differences need to be taught to re-read, rethink, search for more information, ask for explanation, or engage in other strategies until they understand. Pierson is encouraged to continue to expand his vocabulary skills by seeing and hearing words, as well as applying them to his experience.

(27) Pierson would benefit from additional help with his written expression. Direct structured teaching for written expression skills should focus on sentence construction and utilization of capitalization and punctuation skills with progression toward paragraph arrangement, text organization, proofreading, and editing skills. Pierson

Psychoeducational Report
Pierson Valles
Page 8

should be assisted in the pre-writing process to break writing tasks down into stages over an extended period. Pierson may be able to devote greater attention to sentence formation and narrative production if he dictates his longer writing assignments before transcribing them over several intervals. During transcription, he could listen and type his narrative followed by proofreading for accuracy. This would allow him to concentrate on organizing his thoughts and ideas as he dictates, with a focus on spelling and mechanics to be reviewed later. His parents may want to supplement the present curriculum for written expression with one entitled Writing Skills, 2nd Edition by Diana King. This curriculum is available through Educators Publishing Service at 1-800-775-5750, a company that specializes in educational materials for students with various types of learning disabilities. A private tutor could also use this curriculum to provide remediation.

(28) The software program Inspiration (1-800-877-4292) could be used to help Pierson write compositions by providing a visual framework in the form of diagrams and outlines to support the transition of his thoughts and ideas from free form thinking to a hierarchical structure.

(29) To foster paragraph development, encourage Pierson to utilize worksheets to create an outline prior to writing. The worksheet will have different prompts based on the type of paragraph, (how-to, narrative, descriptive...). A list of appropriate transition words may also be provided.

(30) Teach Pierson to use semantic maps and graphic organizers to visually organize a paragraph and see the relationships between concepts and sentences. Graphic organizers can include lists, time lines, and compare/contrast charts. Graphic organizers and semantic maps can be printed at http://www.teachervision.fen.com/graphic-organizers/printable/6293.html

(31) Pierson may benefit from the use of speech recognition software, such as Dragon Speech Recognition Software to dictate him written reports. Utilizing a computer, he talks, and it types his narrative. Pierson then uses his voice to create and edit documents, launch applications, etc. He can quickly and easily capture his thoughts and ideas on the computer all the while completing the necessary assignment. Pierson reported that the process of writing is quite laborious and can be difficult for him, thus impacting his thought production and theme development. This program should dramatically increase his speed of processing his ideas into a written format.

(32) Pierson would benefit from remedial tutoring when solving multi-digit calculations, division and working with quantities less than a whole such as decimals/money, fractions, and percentages. Furthermore, Pierson would greatly benefit from gaining fluent mastery of his math facts.

(33) Pierson will need to use a calculator when working through any type of math problem, even science-based math, as this will help to alleviate simple calculation errors and increase his fluency.

(34) When Pierson begins college, it is highly recommended he contact his university's Office of Disabilities and register to receive accommodations. The accommodations provided in this report are services that would help him achieve success in the college environment. Thus, it will be important to maintain a copy of this current evaluation, as his college will need this information to aid him in that process.

(35) When in college Pierson is encouraged to plan a carefully balanced course schedule, where he is not overloaded with courses that require extensive math and writing.

(36) In college, when possible, Pierson should choose small, structured classes with professors who use multi-sensory methods of instruction (e.g., seeing, hearing, and doing), provide a detailed syllabus, present information in an organized manner, and use various ways to evaluate student performance.

(37) Specific services, including and in addition to the ones already identified, that will be critical to ensure Pierson's success in college include: extended time for test taking; the ability to take his tests in a private, quiet location; the ability to subvocalize while reading all written text during testing, if needed; preferential seating; ability to record his lectures; copies of class notes if requested; applicable tutoring, in particular with math and writing

assignments; review of all written reports and papers prior to submission; priority course registration and guidance with course selection and the ability to use a calculator for all math and math-based science courses.

(38) Pierson would also benefit from any services and supports that help with time management, study skills and fostering college success. Further, Pierson is encouraged to utilize various organizational tools to help him be successful, including establish set study hours; use an agenda to track assignment and test due dates, appointments and to do lists; break down large, overwhelming tasks into smaller tasks; create reminder tools and alarms, obtain an accountability partner, etc.

## **BIBLIOTHERAPY**

*"What's Wrong with Me?": Learning Disabilities at Home and at School* by Regina Cicci

*Kids Who Learn Differently: Strategies for Successful Studying* by Nancy C. Hennesy

*The Survival Guide for College Students with ADD to LD* by Kathleen G. Nadeau, Ph.D.

*Taking Charge of ADHD* by Russell M. Barkley, Ph.D.

*Attention Deficit Disorder: The Unfocused Mind In Children and Adults* by Dr. Thomas Brown

*Adolescents and ADD: Gaining the Advantage* by Patricia O. Quinn, M.D.

*Teenagers with ADD: A Parents' Guide* by Chris A. Zeigler Dendy, M.S.

*Parenting Children with ADHD: 10 Lessons that Medicine Cannot Teach* by Vincent J. Monastra, Ph.D.

*Driven to Distraction: Recognizing and Coping with Attention Deficit Disorder from Childhood Through Adulthood* by Edward Halowell, M.D. and John Ratey, M.D.

*Delivered from Distraction: Getting the Most out of Life with Attention Deficit Disorder* by Edward Halowell, M.D. and John Ratey, M.D.

*ADD-Friendly Ways to Organize Your Life* by Judith Kolberg and Kathleen Nadeau, Ph.D.

*Smart But Scattered: The Revolutionary "Executive Skills" Approach to Helping Kids Reach Their Potential* by Dawson and Guare

*Brain Training: Proven Techniques to Improve Your Memory, Concentration, Your Work and Your Life!* by Christina Hanson

*The Source for Learning and Memory Strategies* by Regina G. Richards

*When Your Brain Can't Hear: Unraveling the Mystery of Auditory Processing Disorder* by Teri James Bellis, PhD

## **ADDITIONAL RESOURCES**

**ADD Warehouse** 1-800-233-9273 to request a copy of their catalog

**Children and Adults with Attention-Deficit Hyperactivity Disorder (CHADD)**
www.chadd.org

**The ADHD Coaches Organization (ACO)**
www.adhdcoaches.org

Psychoeducational Report
Pierson Valles
Page 10

**Learning Ally**
www.LearningAlly.org

**Educators Publishing Service**, which publishes only materials for learning difficulties
75 Moulton Street, Cambridge MA 1-800-225-5750

**Learning Disabilities Association of Texas**
1011 W. 31st Street
Austin, TX 78705
512-458-8234
http://ourworld.compuserve.com/homepages/LDAT

National Association for Gifted Children
www.nagc.org

Davidson Young Scholars
www.davidsongifted.org

Mensa International
www.mensa.org

*[signature]*
Lisa M. Elliott, Ph.D.
Licensed Psychologist
Texas 2-5244