# EXHIBIT C

# ACT: Our Only Measure of Success is Yours

Equity in Action  ➔ (https://www.act.org/content/act/en/equity-at-act.html)

## 2022-2023 ACT Test Dates Open Soon!

Get a Registration Reminder  (https://www.act.org/content/act/en/products-and-services/the-act/registration.html#reg-reminder)

Create Your MyACT Account  (https://my.act.org)



**The ACT Test**

Everything you need to know about registering for the ACT, test dates, what to bring on test day, and more!

ACT Test Info  (https://www.act.org/content/act/en/products-and-services/the-act/registration.html)



### the ACT
Increase your chances [of getting into the college of y]our choice and the scholarships you need with the ACT test.

**Your Scores**
Score reporting dates, as well as how to view, send, and understand your scores.

Reasons to Test (https://www.act.org/content/act/en/reasons-to-take-the-act.html)



ACT S[cores] (https://www.act.org/content/act/en/products-and-services/the-act/scores.html)

**Fee Waivers**
ACT test fee waivers come with free access to online test prep, more free score reports, and college application fee waivers.

# Back to School!

ACT knows you're giving all you can to your students, presenting them with an education that's all about equity in learning. We want to be your GPS to success in giving every student an equal opportunity to fully understand what they need for future success AND jump-start their

Fee Waivers (https://www.act.org/content/act/en/products-and-services/the-act/registration/fees/fee-waivers.html) more content on our products and services that are already

**As we prepare for going back to school join us these FREE events to learn how to do just that!**



**ACT College and Career Readiness Workshops**

Attend a College and Career Readiness Workshop to learn more about the programs and services that ACT offers to help you ensure your students are on the right path.

Learn More About CCRW Workshops! (https://www.act.org/content/act/en/act-events/college-and-career-readiness-workshops.html



**My Journey College and Career Planning Virtual Event - September 24, 2022**

This event provides valuable information to help students and parents confidently navigate the college admissions process. Be the first to know when My Journey event registration is open!

Learn More About the My Journey Event! (https://www.act.org/content/act/en/students-and-parents/college-and-career-planning-eve

# Test Prep for Every Learning Style and Budget

**Delivered by the experts, designed to fit your study preferences and your budget.**

Every student learns differently. That's why ACT provides a variety of test prep options for every learning style. But which one is right for you? Explore your options to find out.

Learn More About ACT Test Prep  (https://www.act.org/content/act/en/products-and-services/the-act/test-preparation.html)

# The Path to Your Future Starts Here

You'll find everything you need to start college and career planning; from ebooks and videos to ACT testing advice - we're here to help you get started and stay connected throughout your high school journey and beyond.

College Planning Resources  (https://www.act.org/content/act/en/students-and-parents/college-planning-resources.html)

# The ACT Mission: Helping People Achieve Education and Workplace Success

Each year, ACT serves millions of students, job seekers, schools, government agencies, and employers in the US and around the world with learning resources, assessments, research, and credentials designed to help them succeed from elementary school through career.

## Make a Difference for K12 Students

Guide, support, and enhance whole student learning from elementary through career with solutions to set baselines, gather data, identify learning gaps, incorporate social and emotional learning, and measure progress.

K12 Education Solutions   (https://www.act.org/content/act/en/k12-educators-and-administrators.html)

ACT SEL Solutions   (https://www.act.org/content/act/en/learning-solutions/social-emotional-learning.html)



## Foster Economic Growth

ACT offers leading workforce development solutions for businesses and communities to help create thriving workforce ecosystems.

ACT Workforce Solutions   (https://www.act.org/content/act/en/workforce-solutions.html)

7/5/22, 9:52 AM
ACT | Solutions for College and Career Readiness
Case 4:22-cv-00568-ALM   Document 3-3   Filed 07/07/22   Page 7 of 8 PageID #:  65



*"I want to thank ACT and everyone involved with the scholarship for this opportunity and to tell children who look like me, or have a background like me, that it is possible to become who you want to be."*

Sage Rodriguez, ACT Scholar and Kirkwood Community College Student

Read More About Sage  (https://equityinlearning.act.org/equity-in-action/its-possible-to-become-who-you-want-to-be/)

## Striving for Fairness in Education

The work of our Center for Equity in Learning is focused on striving for fairness in education and to help create a world where everyone can discover and fulfill their potential.

ACT Center for Equity in Learning  (https://equityinlearning.act.org)

Also of Interest:
The Official Prep Guide (https://www.act.org/content/act/en/products-and-services/the-act/test-preparation/the-official-guide.html)
Get Your Name in the Game (https://www.act.org/content/act/en/students-and-parents/college-planning-resources/college-and-career-planning/get-your-name-in-the-game.html)
ACT Test Scores: Understanding Your Scores (https://www.act.org/content/act/en/products-and-services/the-act/scores/understanding-your-scores.html)