# EXHIBIT D

# Reasons You Should Take the ACT

Start Your Journey  ➔ (https://www.act.org/content/act/en/reasons-to-take-the-act.html#sign

## Discover what the ACT can do for you.

## The ACT could help you save thousands on tuition.

Taking the ACT test can increase your chances of earning new or better scholarships. One counselor found that over 10 years, **more of her students earned more scholarship dollars with ACT scores** than SAT scores. Learn more about paying for college. (/content/act/en/students-and-parents/college-planning-resources/paying-for-college.html)

## Take classes at the right level to fall in love with them, not fall behind.

Colleges use ACT scores to **place you in the right classes at the right level**. And, your ACT score can help you place out of remedial coursework rather than sitting for additional placement tests on campus — saving time and money! Learn more about classes to take in high school (/content/act/en/students-and-parents/college-planning-resources/high-school-life/classes-to-take-in-high-school.html).

## The ACT lets you use a calculator on the whole test, not just a fraction ; )

**Students who take the ACT can use a calculator for the entire math section**! The SAT does not allow this. Compare ACT with SAT. (/content/act/en/students-and-parents/college-planning-resources/testing-advice-for-the-act/act-vs-sat.html)

## The biggest surprise about the ACT? You've been studying for it for years.

**Every question on the ACT is based on the high school curriculum you are already familiar with**. While you've been studying for your classes, you've been preparing for the ACT. Learn more about classes to take in high school. (/content/act/en/students-and-parents/college-planning-resources/high-school-life/classes-to-take-in-high-school.html)

## The ACT is a comprehensive test, including STEM.

**The ACT gives you the chance to stand out with a unique STEM score**, a measure of preparedness for courses in STEM related majors. From climate change to communication platforms, massive challenges mean massive opportunities for STEM careers.

## ACT Pro-Tip: Sometimes your best guess is your best move.

Being able to make an educated guess is a skill, not something you should be punished for. On the ACT, when you're not certain of an answer, taking your best guess is your best option - **incorrect answers don't count against your score**.

## Five Questions Students Must Ask While College and Career Planning

Junior year of high school is "crunch time" for figuring out what comes after graduation. This FREE eBook, from the college and career readiness experts at ACT, gives students useful tips, advice, and strategies for planning a path to college and career.

**Fill out the form to download the FREE eBook!**

7/5/22, 9:58 AM
The ACT - Reasons to take the ACT
Case 4:22-cv-00568-ALM   Document 2-4   Filed 07/07/22   Page 4 of 4 PageID #: 70

First Name*

Email*

Your Role*

--Select--

Country*

United States

Submit

View the ACT Privacy Policy (https://www.act.org/content/act/en/privacy-policy.html)

Also of Interest:
The Official Prep Guide (https://www.act.org/content/act/en/products-and-services/the-act/test-preparation/the-official-guide.html)
Get Your Name in the Game (https://www.act.org/content/act/en/students-and-parents/college-planning-resources/college-and-career-planning/get-your-name-in-the-game.html)
ACT Test Scores: Understanding Your Scores (https://www.act.org/content/act/en/products-and-services/the-act/scores/understanding-your-scores.html)