# EXHIBIT E



# Decision Notification

04/05/2022

PIERSON VALLES  
5705 SOUTHERN HILLS DR  
FLOWER MOUND, TX 75022 US

TAA Personal Identification Number (PIN):  
**PJIIQI65**

Dear PIERSON VALLES:

Your request for accommodations and/or English learner (EL) supports has been reviewed. This notification is your record of the decisions that were made. Please work with the test coordinator at your school to resolve any questions you may have, or if applicable, to submit a request for reconsideration.

## Accommodations/EL Supports NOT Approved

The following accommodations and/or EL supports are NOT approved.
   Preferential Seating
   One and one-half time

## Reason Accommodations/EL Supports are Not Approved

ACT was unable to approve the requested accommodations and/or EL supports for the following reason(s):

The requested accommodation is not approved because:

- The request indicates that you did not receive this diagnosis until recently, and/or your documentation does not support a history of difficulties associated with this diagnosis.
    - ADHD is a developmental condition, symptoms of which are usually apparent early in a person's life.
    - ADHD is characterized by persistent inattention, hyperactivity, and/or impulsivity beginning in childhood, per diagnostic criteria in the DSM-V.
    - The impact of the disorder must be present and documented in more than one setting.
- Please explain why ADHD was not diagnosed until recently.
- Provide additional documentation to support the impact of inattention, hyperactivity and/or impulsivity over time.
- Self-reports of an inability to maintain concentration during exams cannot be used in isolation to diagnose ADHD.

The requested accommodation is not approved because:

- The request indicates that you did not receive this diagnosis until recently.
- Learning disorders are developmental conditions, symptoms of which are usually apparent early in a person's life. Although learning disabilities may be diagnosed past key developmental times, it is typically when learning demands have increased and exceed one's limited or below average ability.
- Please explain the rationale for receiving such a late diagnosis and documentation to support the late diagnosis.

The requested accommodation is not approved because:

- The ACT is not a test of oral reading; therefore, accommodations on the ACT are not required.
- If additional documentation of another diagnosed impairment is available, please provide it for review.

The requested accommodation is not approved because:

- It appears from the submitted documentation that you have progressed through classes and grade levels without having accommodations until recently.
- Please provide evidence of the educational impact of your diagnosis (i.e., the adverse effect on learning).
    Examples of this type of documentation include:
    1. Past report cards or grade transcripts
    2. Prior psychoeducational evaluations
    3. Medical or psychiatric information
    4. Standardized test scores
    5. Parent/teacher contacts

Please see the **Submitting Documentation for Reconsideration** section below if you wish to appeal the decision.
If you paid for Special Testing when you registered, and are **not approved for accommodations**, you are not automatically registered to test at a national testing center without accommodations. Please contact ACT Customer Care at 319.337.1270 to ensure you have a standard seat on your preferred test date.

**The ACT®**                                                                                                                    **Decision Notification**

**Introduction**

After ACT reviews a request, an examinee-specific *Decision Notification* is created in the online *Test Accessibility and Accommodations* (TAA) system. The notification contains the:

- examinee's name
- examinee's TAA personal identification number (PIN)
- accommodations and EL supports approved (including any special authorizations), or not approved, if applicable
- reason accommodations or EL supports are not approved, if applicable

When a *Decision Notification* is available to view online, an email is sent to the test coordinator or a test accommodations coordinator at your school.

**The Personal Identification Number (PIN)**

As a security precaution, the TAA system requires you to provide a unique personal identification number (PIN) and first and last name to access your information. Protecting each examinee's privacy and keeping personal information confidential is important to ACT. Requiring this number, as well as first and last names, allows ACT staff to maintain privacy. Store the TAA PIN in a safe place, yet on hand to use when contacting ACT.

**Submitting Documentation for Reconsideration**

If you submit additional documentation to support the request, ACT will reconsider the request. Reconsideration requests received after the late registration deadline will be reviewed for future test dates only if the request is associated with a future test date.

Additional documentation cannot be submitted while the request is in review. Please work with your school to submit additional documentation only after you receive your decision notification.

Another email is sent to the test coordinator or test accommodations coordinator at your school when ACT reconsideration is complete and an updated *Decision Notification* is available.

*Note: Accommodation/EL supports requests (including reconsideration) received after the late registration deadline will not be available in time for the scheduled test event. In such cases, only the accommodations and EL supports previously approved by ACT, if any, may be provided. All registration fees and deadlines apply.*

**Using the Same Accommodations or EL Supports for Future Administrations**

You may use previously approved accommodations and EL supports on The ACT® to streamline a request for the same accommodations or supports for a future test administration. Work with your school to update your TAA request with the new test administration.

If you have previously approved accommodations and wish to test on a National test date without accommodations and EL supports, you **must** contact ACT Accommodations at 319.337.1332, by the late registration deadline. They will work with you to find a seat at a national testing center. Please be aware that registration deadlines do apply, and your preferred testing center may not be available.

*Note: Standby registration is standard administration only, no accommodations or EL supports will be provided. Registration deadlines and fees apply.*

**Contacting Us**

If you have questions and are testing through State and District testing, you may:

- Call us at 800.553.6244, ext. 1788
- Email us at ACTStateAccoms@act.org

If you have questions and are testing through National or Special testing, you may:

- Call us at 319.337.1332
- Email us at ACTAccom@act.org

Important! ACT customer service agents require the TAA PIN, examinee first name, and examinee last name to access request information.