# EXHIBIT F



Service for Students with Disabilities
PO Box 7504 London, KY 40742-7504
Phone: (212) 713-8333|Fax: (866)360-0114 or (606) 330-1489

April 4, 2022

Pierson Valles
5705 Southern Hills Dr
Flower Mound, TX, 75022

CC:
LIBERTY CHRISTIAN SCHOOL

SSD No.: 2203892890

**Dear Pierson Valles:**

You are APPROVED for the following accommodation(s) for College Board tests:
- Reading: Time and one-half (+50%)
- Writing (Essays/free response): Time and one-half (+50%)
- Math: Time and one-half (+50%)
- Computer (Word Processor ONLY for essays ONLY)
- Preferential seating: Away from distractions

Please be sure to read the end of this letter for information regarding what to do after accommodations have been approved.

Some accommodations may not apply to all tests, due to differences in the way tests are administered and the tests themselves. Attached is an Eligibility Letter which explains how these accommodations will be provided on the SAT®, PSAT/NMSQT® and Advanced Placement® tests. Please be sure to review the attached Eligibility Letter and bring the letter with you on the day that you are taking a College Board test.

**What you should do next:**

- Notify your SSD Coordinator or School Counselor of the College Board test(s) you plan to take with your approved accommodations.
- If you plan to register for the SAT, be sure to include your SSD Eligibility Code during the registration process in order to receive your approved accommodations. If you are already registered for an upcoming SAT, contact College Board's SSD office for further information about the applicability of these accommodations to your upcoming test.

We wish you a successful transition to college.

Sincerely,
Services for Students with Disabilities



Services for Students with Disabilities

**Eligibility Letter**
To:     **Pierson Valles**
          5705 Southern Hills Dr
          Flower Mound, TX 75022
Date:   April 4, 2022
SSD NO.: 2203892890

Listed below are your approved accommodations for College Board tests. With limited exceptions, you will remain approved for these accommodations for all applicable College Board tests throughout your high school career (SAT®, PSAT, Advanced Placement® Tests). Bring this letter to the test administration to be sure that you are tested with your accommodations.

Please note that because of differences in test administration and the tests themselves, approved accommodations may be provided differently on different College Board tests. The following provides more specific information about how each accommodation will be provided:

**PSAT/NMSQT and PSAT 10**

You are approved for:
- Reading: Time and one-half (+50%) - You are approved for extended time in reading. Because all test sections include reading, you will be permitted the approved amount of extended time for the entire test, unless approved for more time for other sections. When testing with extended time, you will also receive extra breaks.
- Math: Time and one-half (+50%) - Time and one-half will be provided for math sections only, unless approved for extended time in other sections
- Preferential seating: Away from distractions

**ADVANCED PLACEMENT (AP®) EXAMS**

You are approved for:
- Reading: Time and one-half (+50%) - You are approved for extended time in reading. If all test sections include reading, you will be permitted the approved amount of extended time for the entire test.
- Writing (Essays/free response): Time and one-half (+50%) - Time and one-half for writing will be provided only for the free response and short answer sections.
- Math: Time and one-half (+50%) - Time and one-half for math will be provided for subjects requiring mathematical calculations.
- Computer (Word Processor ONLY for essays ONLY) - Available for free response and short answer questions only.
- Preferential seating: Away from distractions

**SAT**

Some accommodations cannot be provided in national test centers. If you are approved for an accommodation that states "school-based accommodation," check with your school to find out when and where the test will be given. If you are approved for a school-based accommodation and are either a home-schooled student, or your school does not administer the SAT, please contact (212) 713-8333 to arrange for a test location.

You are approved for:
- Reading: Time and one-half (+50%) - You are approved for extended time in reading. Because all test sections include reading, you will be permitted the approved amount of extended time for the entire test, unless approved for more time for other sections. When testing with extended time, you will also receive extra breaks.
- Math: Time and one-half (+50%) - Time and one-half will be provided for math sections only, unless approved for extended time in other sections
- Preferential seating: Away from distractions

# What To Do
# After Accommodations Have Been Approved

## SAT® and SAT Subject Tests™

**IF YOU HAVE ALREADY REGISTERED FOR THE SAT,** you should contact the College Board Services for Students with Disabilities office at (212) 713-8333 to determine if you can apply your approved accommodations to your current registration. The representative will ask you for your SSD Number, which is on the first page of this letter. Keep in mind that it takes time to make appropriate arrangements at a testing site (e.g., proctor, space, shipped materials), and the College Board receives numerous requests before each test date. Therefore, it is extremely unlikely that a change request can be applied to a test if it is made less than two weeks before a test date, or if it is the result of an eligibility request received and determined to be complete after the published deadline. If your SSD Eligibility Request and documentation (if required) was received after the deadline, approved accommodations will be effective for future administrations.

**IF YOU HAVE NOT YET REGISTERED FOR THE SAT,** you can register online or by mail. Register online at collegeboard.com. Be sure to enter your SSD Number when prompted. Register by mail by submitting a completed SAT Registration Form along with a copy of your Student Eligibility Letter.

**IMPORTANT TIPS FOR SAT TESTING:**

- Arrive early to the test center. A little extra time will help the Test Center Supervisor direct you properly.
- Many accommodations are administered in a separate testing room. If you think you may have been directed to an incorrect room, immediately ask the room proctor for confirmation.
- If at any point you are uncertain whether you are receiving your approved accommodations, ask a test center staff member for confirmation.

## PSAT/NMSQT®, PSAT 10, PSAT 8/9 and Advanced Placement® Exams:

If you plan to take the PSAT/NMSQT, PSAT 10, PSAT 8/9 or AP® Exams, make sure that your school is aware that you have been approved for accommodations, so that the correct materials can be ordered.

## Changing Accommodations

If your needs change, and you wish to request a new accommodation or remove an approved accommodation, speak to your school's SSD Coordinator. Your SSD Coordinator can submit request to change accommodations through SSD Online. You can also download an Accommodations Change Request Form from the College Board website, at www.collegeboard.com/ssd/forms. If you are requesting that an accommodation be added, you must also submit documentation to support your request.

## Resubmitting Requests for Accommodations that were Not Approved

If some of your requested accommodations were not approved, consider whether the approved accommodation(s) would effectively accommodate your disability. Understand that when reviewing requests for accommodations, the College Board thoroughly considers all requested accommodations, as well as some related accommodations. If you believe that the approved accommodation(s) are not sufficient, you may submit new documentation to the College Board for review. Requests for re-review must be in writing. If you do not understand why the request was not approved, you may wish to discuss the determination by contacting our office at the phone number or e-mail address indicated on the decision letter. If accommodations were requested online, ask your school submit the new documentation.

## Testing without Accommodations

If you choose to not use your approved accommodation(s) on a College Board test, you have three options:

1. Submit an Accommodations Change Request Form, requesting that the accommodations be removed. (See Changing Accommodations, above); or
2. For the SAT®, do not enter your SSD Number when registering for the test; or
3. Submit a signed notice, in writing to your school (for AP or PSAT/NMSQT) or test center (for SAT), indicating that you do not wish to test with accommodations. For students under age 18, the notice must be signed by a parent or guardian.

Case 4:22-cv-00568-ALM   Document 2-6   Filed 07/07/22   Page 6 of 6 PageID #:  79