# EXHIBIT G

**Rebecca D. Butler MD**
Lantana Pediatrics
Privia Medical Group North Texas
74 McMakin Road Suite 100
Bartonville, TX 76226-8438
Phone: (940)455-7200 Fax: (940)455-7214

04/26/2022

Re:  Patient Pierson Valles
     07/12/2004

To Whom It May Concern:

   I am writing this letter in support of allowing Pierson R. Valles (DOB: 7-12-04) accommodations when he sits for the ACT test(s).  I am a physician who is Board Certified in Pediatrics by the American Board of Pediatrics, and I am a Fellow of the American Academy of Pediatrics.

   I have been Pierson's pediatrician since 2016.  Over the last four years, Pierson has experienced a series of four concussions.  In the fall of 2021, I evaluated him following a period where he experienced a couple of episodes of extreme confusion and incoherence.  At the time I was advised by his parents that these episodes had been reported to them by several staff and faculty members at Liberty Christian School, where he attends high school.

   In November of 2021, following the aforementioned bouts of confusion, Pierson experienced the fourth concussion and was treated by Dr. Scott Burkhart at Children's Health Hospital.  The medical records that I have reviewed of Dr. Burkhart state that Pierson reported having headaches, sensitivity to sound, and poor sleep.  The neurocognitive assessment performed at the time confirmed (1) abnormal eye movement (saccades), (2) abnormal ability to focus (convergence), (3) abnormal Vestibular/Ocular Reflex, and (4) abnormal visual motion sensitivity.

   In January of 2002 (just 3 months ago), Pierson also underwent a comprehensive series of tests and evaluations administered by Dr. Lisa Elliott's, including the Wechsler Adult Intelligence Scale – Fourth Edition, the Wechsler Individual Achievement Test – Third Edition, and Connor's Continuous Performance Test – Second Edition.  I have had the opportunity to review Dr. Elliott's report which confirmed a number of learning disorders and deficits.  **Dr. Elliott's report also makes a number of recommendations regarding accommodation that should be afforded to Pierson, which includes extra time on standardized testing.  It is my understanding that accommodations have been implemented by Liberty Christian School, and were also approved for SAT and Advanced Placement testing.  Given the findings in Dr. Elliott's report, I concur with those recommendations, including the allowance of extra time on the ACT test.**

   As Pierson's long-time treating pediatrician, I never suspected that he had any type of learning disorders or deficits, and no suspected disorders or deficits had been reported to me either by Pierson or his parents prior to last fall and the aforementioned series of concussions.

Sincerely,

Rebecca D. Butler MD