# EXHIBIT H



**Decision Notification**

05/09/2022

PIERSON VALLES  
5705 SOUTHERN HILLS DR  
FLOWER MOUND, TX 75022 US

TAA Personal Identification Number (PIN):  
**PJIIQI65**

Dear PIERSON VALLES:

Your request for accommodations and/or English learner (EL) supports has been reviewed. This notification is your record of the decisions that were made. Please work with the test coordinator at your school to resolve any questions you may have, or if applicable, to submit a request for reconsideration.

## Accommodations/EL Supports NOT Approved

The following accommodations and/or EL supports are NOT approved.
- Preferential Seating
- One and one-half time

## Reason Accommodations/EL Supports are Not Approved

ACT was unable to approve the requested accommodations and/or EL supports for the following reason(s):

The requested accommodation is not approved because:

- ACT provides testing accommodations in accordance with the Americans with Disabilities Act (ADA). The purpose of accommodations is to promote equal access for an individual with a disability.
- Accommodations are outcome neutral - that is, they are not intended to provide an advantage.
- A diagnosis of a disability or a history of accommodations in school does not automatically qualify you for the same accommodations on the ACT.

The requested accommodation is not approved because:

- A diagnosis of any impairment, though required, does **not** in and of itself automatically mean that you have a "disability" under the ADA or that you qualify for accommodations under the ADA. While a diagnosis may be a source of discomfort or stress, a person who has an impairment, even one that constitutes a "disability" under the ADA, may not necessarily require accommodation the ACT.
- Without compelling evidence that you are unable to access items on a standardized test in a quiet, controlled environment, test accommodations will not be authorized.

The requested accommodation is not approved because:

- A difference between intelligence and achievement, on its own, does not indicate a disability under the Americans with Disabilities Act (ADA).
    - By 2017, it had been well-known for many years that the diagnosis of (learning) disability based on discrepancy analysis (aptitude-aptitude and aptitude-achievement) is invalid.
    - It is not uncommon for individuals to display differences between their highest and lowest scores.
- Scores falling within or above the average range, no matter how discrepant from your IQ, do not satisfy ADA requirements for a disability, which are referenced to the functioning of most people in the general population.
- While the submitted evaluation suggests discrepancies between your cognitive and achievement skills, your achievement was within or above the average range for your age.
- Objective evidence which shows functioning in a major life activity (e.g., reading, thinking, concentrating) below the average person may provide additional support for this request.

The requested accommodation is not approved because:

- Our analysts were unable to detect a substantial limitation as required by the Americans with Disabilities Act (ADA).
    - Substantial limitations are determined when compared to most people in the general population.
- Submitting a "paper trail" demonstrating academic and/or life impairment over time may improve this request.
- Supplemental documentation may include:
    1. Prior psycho-educational evaluations
    2. Previous report cards, transcripts, or standardized test scores
    3. Letters from current and past teachers.

The requested accommodation is not approved because:

- The submitted documentation does not include evidence of pervasive academic or real-world difficulties over time and

- across settings as would be expected if the diagnosed impairment rose to the level of disability.
- While you may have performed poorly at times, your request would be strengthened by providing clear and consistent evidence of the significant struggle that you experience as a result of the impairment.
- Failure to achieve to perceived potential on standardized tests or in advanced classes does not indicate substantial limitation as compared to most people in the general population.

Please see the **Submitting Documentation for Reconsideration** section below if you wish to appeal the decision.

If you paid for Special Testing when you registered, and are **not approved for accommodations**, you are not automatically registered to test at a national testing center without accommodations. Please contact ACT Customer Care at 319.337.1270 to ensure you have a standard seat on your preferred test date.

 **Decision Notification**

### Introduction

After ACT reviews a request, an examinee-specific *Decision Notification* is created in the online *Test Accessibility and Accommodations* (TAA) system. The notification contains the:
- examinee's name
- examinee's TAA personal identification number (PIN)
- accommodations and EL supports approved (including any special authorizations), or not approved, if applicable
- reason accommodations or EL supports are not approved, if applicable

When a *Decision Notification* is available to view online, an email is sent to the test coordinator or a test accommodations coordinator at your school.

### The Personal Identification Number (PIN)

As a security precaution, the TAA system requires you to provide a unique personal identification number (PIN) and first and last name to access your information. Protecting each examinee's privacy and keeping personal information confidential is important to ACT. Requiring this number, as well as first and last names, allows ACT staff to maintain privacy. Store the TAA PIN in a safe place, yet on hand to use when contacting ACT.

### Submitting Documentation for Reconsideration

If you submit additional documentation to support the request, ACT will reconsider the request. Reconsideration requests received after the late registration deadline will be reviewed for future test dates only if the request is associated with a future test date.

Additional documentation cannot be submitted while the request is in review. Please work with your school to submit additional documentation only after you receive your decision notification.

Another email is sent to the test coordinator or test accommodations coordinator at your school when ACT reconsideration is complete and an updated *Decision Notification* is available.

*Note: Accommodation/EL supports requests (including reconsideration) received after the late registration deadline will not be available in time for the scheduled test event. In such cases, only the accommodations and EL supports previously approved by ACT, if any, may be provided. All registration fees and deadlines apply.*

### Using the Same Accommodations or EL Supports for Future Administrations

You may use previously approved accommodations and EL supports on The ACT® to streamline a request for the same accommodations or supports for a future test administration. Work with your school to update your TAA request with the new test administration.

If you have previously approved accommodations and wish to test on a National test date without accommodations and EL supports, you **must** contact ACT Accommodations at 319.337.1332, by the late registration deadline. They will work with you to find a seat at a national testing center. Please be aware that registration deadlines do apply, and your preferred testing center may not be available.

*Note: Standby registration is standard administration only, no accommodations or EL supports will be provided. Registration deadlines and fees apply.*

### Contacting Us

If you have questions and are testing through State and District testing, you may:
- Call us at 800.553.6244, ext. 1788
- Email us at ACTStateAccoms@act.org

If you have questions and are testing through National or Special testing, you may:
- Call us at 319.337.1332
- Email us at ACTAccom@act.org

Important! ACT customer service agents require the TAA PIN, examinee first name, and examinee last name to access request information.