UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

PIERSON VALLES,                          §
                    Plaintiff,           §
                                         §
v.                                       §        CAUSE NO. 4:22-cv-00568
                                         §
ACT, INC.,                               §
                    Defendant.           §

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Pierson Valles hereby gives notice of voluntary dismissal of the above-captioned

matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: July 29, 2022

Respectfully submitted,

s/ Mark Whitburn
Mark Whitburn
Texas Bar No. 24042144
Sean Pevsner
Texas Bar No. 24079130
Whitburn & Pevsner, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Tel: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com

Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF filing service on counsel

or record for Defendant on July 29, 2022, as follows:

Caroline Mew
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 800
Washington, D.C. 20005-3960

Miranda Devereux
Perkins Coie LLP
500 North Akard, Suite 3300
Dallas, Texas 75201

s/ Mark Whitburn
Mark Whitburn

2